PD-0460-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

Clerk Sherry Williamson
Court of Appeals,
Eleventh District of Texas
100 West Main Street, Suite 300
P.O. Box 271
Eastland, Texas 76448

FILED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

April 16, 2015

Dear Clerk Williamson:

Enclosed please find my PRO SE Defendant's Motion for Extention of Time to File Petition for Discretionary Review. Please file this Motion and bring it to the Attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's Ruling on my Motion.

Sincerely,

Joseph Levy

Defendant, PRO SE
Joseph Levy #1833936
Clements Unit
9601 Spur 591
Amarillo, Texas 79107

NO. 11-13-00048-CR
IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

JOSEPH   LEVY
V.
THE STATE OF TEXAS

From Appeal No. 11-13-00048-CR
Trial Cause No. F-2012-0885-A
Denton County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, JOSEPH LEVY, Petitioner, and files this Motion for an Extension of Sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 16th District Court of Denton County, Texas of the offenses of one count of Indecency with a child and two counts of Aggravated sexual assult in Cause No. F-2012-0885-A, styled State of Texas v. JOSEPH LEVY. The Petitioner appealed to the Court of Appeals, 11th District of Texas. The case was affirmed on March 20, 2015.

II.

The present deadline for filing the Petition for Discretionary Review is April 20, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's Request for an Extension is based upon the following Facts:
Petitioner was not informed of the decision of the Court of Appeals in affirming his case until March 24, 2015. Since that time Petitioner has been attempting to gain legal Representation in the matter. His Attorney on the appeal, Don Bailey, has informed Petitioner that he will not Represent him on the Petition for Discretionary Review. Due to the complexity of the case, and Petitioner's well documented status as being dyslexic, Petitioner does not feel that he is qualified to, nor able to properly address the needs and Requirements of the Petition for Discretionary Review without an Attorney.

WHEREFORE, Petitioner prays this Court grants this Motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 11-13-00048-CR to June 19, 2015.

Joseph Levy

Petitioner, Pro SE
JOSEPH LEVY #1833536
Clements Unit
9601 Spur 591
Amarillo TX 79107

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, First class, to the Attorney for the State, Catherine Luft, at Denton County District Attorney's Office, P.O. Box 2344, Denton, Texas 76202, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 16th day of April, 2015.

Joseph Levy

Petitioner, PRO SE


I, JOSEPH LEVY, TDCJ #1833936, being presently incarcerated in the Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas, verify and declare under penalty that the foregoing statements are true and correct. Executed on this the 16th day of April, 2015

Joseph Perry 1859936
Clements
9601 Spur 591
Amarillo TX 79107

5

— LEGAL —

AMARILLO TX 791
20 APR 2015 PM 2 T

Sherry Williamson, Clerk
Court of Appeals
Eleventh District of Texas
P.O. Box 271
Eastland, TX 76448



7644880271